# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIU-YING HSU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 17-cv-06697-HRL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to Magistrate Judge Nathanael M. Cousins for consideration of whether the case is related to 17-cv-6696-NC, *Hsu, et al. v. United States*.

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge